United States District Court
Southern District of Texas
**ENTERED**
July 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| United Casualty and Surety Insurance Company, § § § Plaintiff, § § v. § § Civil Action No. H-24-3383 § Rafferty Global Logistics, LLC, et al., § § Defendants. § | |

## ORDER OF ADOPTION

Having reviewed the Magistrate Judge's Report and Recommendation (docket no. 30) dated June 18, 2025, Plaintiff's response (docket no. 31) and no party having filed objections thereto, the Court is of the opinion that the Report and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiff United Casualty and Surety Insurance Company's Motion for Default Judgment ( docket no. 26) is **GRANTED** against Defendants, 1) Rafferty Global Logistics, LLC; 2) Double R. Trucking, LLC; 3) McGee Trucking, LLC; 4) E.F. Corporation a/k/a West Motor Freight of PA; 5) BIR Transport Co , Inc.; 6) Elk Trucking, Inc.; 7) L I.T. Express Corp.; and 8) MMJ Transportation Inc d/b/a Road Legends.

The Court will issue a separate Final Default Judgment.

**SIGNED** at Houston, Texas, on this the 7th day of July, 2025

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE